HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GINO A. MALLAMO, | ) | Civil No. 05-2648 JCS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Monday, February 13, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

STIPULATION AND ORDER

1

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney
```

Dated: January 13, 2006            /s/_____
                                            SARA WINSLOW
                                            Assistant U.S. Attorney

Dated: January 13, 2006            /s/_____
                                            HARVEY P. SACKETT
                                            Attorney for Plaintiff
                                            GINO A. MALLAMO

IT IS SO ORDERED.

Dated:   January 17, 2006            _____
                                            HON. JOSEPH C. SPERO
                                            United States Magistrate Judge

STIPULATION AND ORDER