HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO A. MALLAMO, ) | Civil No. 05-2648 JCS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourth and final extension of time up through and including Monday, March 6, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently his before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | _____ |
|   | KEVIN V. RYAN |
|   | United States Attorney |

Dated: February 13, 2006           /s/ _____
                                   SARA WINSLOW
                                   Assistant U.S. Attorney

Dated: February 13, 2006           /s/ _____
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff
                                   GINO A. MALLAMO

IT IS SO ORDERED.

Dated:    February 13, 2006        _____
                                   HON. JOSEPH C. SPERO
                                   United States Magistrate Judge

STIPULATION AND ORDER

2