```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7260
    Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GINO A. MALLAMO, | ) |
| Plaintiff, | ) CIVIL NO. 05-02648 JCS |
| v. | ) STIPULATION AND ORDER EXTENDING |
| | ) DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on April 6, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on May 8, 2006.

///

///

///

///

///

///

---

[1] See attached Declaration of Donna M. Montano.

This is defendant's first request.

Dated: March 24, 2006
        /s/
HARVEY P. SACKETT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: March 28, 2006   By:   /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: March 29, 2006

IT IS SO ORDERED
Judge Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

MALLAMO, EXT.MXSJ (dmm)
C 05-02648 JCS     2