1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /as
8  Attorney for Plaintiff
9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION
13
14  GINO A. MALLAMO,              )  Civil No. 05-2648 JCS
                                  )
15          Plaintiff,             )
                                  )
16  v.                            )  STIPULATION AND ORDER
                                  )
17  JO ANNE B. BARNHART,          )
    Commissioner, Social Security )
18  Administration,               )
                                  )
19          Defendant.             )
                                  )
20                                )

21         Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff
22  shall have an extension of time up through and including Monday, July 24, 2006 in which to e-
23  file his Reply to Defendant's Cross-Motion for Summary Judgment. This extension is
24  necessitated by the number of other cases Plaintiff's counsel currently his before the district court
25  that also require briefing.
26
27
28

1
STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney


Dated: June 23, 2006                /s/_____
                                    SARA WINSLOW
                                    Assistant U.S. Attorney




Dated: June 23, 2006                /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    GINO A. MALLAMO


IT IS SO ORDERED.


Dated:   June 29, 2006
                                    _____
                                    HON. Judge Joseph C. Spero
                                    United States Magistrate Judge
```

STIPULATION AND ORDER

2